**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-6570**

———————————

RIVER RICHARDS,

        Plaintiff - Appellant,

    v.

MAJOR BRIAN PARKS,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jasmine Hyejung Yoon, District Judge.  (7:25-cv-00248-JHY-JCH)

———————————

Submitted:  February 26, 2026               Decided:  March 3, 2026

———————————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

River Richards, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

River Richards appeals the district court's orders dismissing his amended 42 U.S.C. § 1983 complaint without prejudice for failure to state a claim and denying his motion for reconsideration. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Richards v. Parks*, No. 7:25-cv-00248-JHY-JCH (W.D. Va. June 13, 2025; June 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*